UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---------------------------------X

**KRISTINA SARHADI,**

                  Plaintiff,

v.

**JUSTIN CATHAL GEEVER a/k/a JUSTIN SANE, HARDWORK DISTRIBUTION, INC., AND DOE 1**

                  Defendants.

---------------------------------X

Civil Action No. 1:24-CV-0031 (GLS/CFH)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant, Hardwork Distribution, Inc., by its undersigned attorneys, hereby discloses and states as follows: There is no parent corporation of Hardwork Distribution, Inc., and there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
        January 9, 2024

Respectfully submitted,

_____
Stuart P. Slotnick
Buchanan Ingersoll & Rooney PC
stuart.slotnick@bipc.com
40 Fifth Avenue, 9th Floor
New York, NY 10019
Tel.: (212) 440-4400
Fax: (212) 440-4401
*Counsel for* Defendant Hardwork Distribution, Inc.