# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**
Clerk

**DAN MCALLISTER**
Chief Deputy

Alexander Pirnie Federal Building
10 Broad Street
Utica NY 13501
(315) 793-8151

January 10, 2024

Dr. Ann Olivarius, Esq.
Dr. John F.O. McAllister, Esq.
McAllister Olivarius
641 Lexington Avenue, 13th Floor
New York, NY 10022
aolivarius@mcolaw.com
jmcallister@mcolaw.com

Karen Barth Menzies, Esq.
KBM Law
6701 Center Drive West, 1400
Los Angeles, CA 90045
kbm@kbmlaw.com

RE: Kristina Sarhadi vs. Justin Cathal Geever a/k/a Justin Sane, et al.
NYND CASE NO. 1:24-CV-0031 (GLS/CFH)

Dear Counselors:

Please be advised that pursuant to the Notice of Removal dated January 9, 2024, the above action has been removed to the Northern District of New York for all further proceedings. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking a Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf. If you will be seeking a Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf. Otherwise, new counsel should file a notice of appearance as soon as possible.

Pursuant to the Notice of Removal, the parties are advised that all future filings and inquiries should be made with this Court in accordance with its local rules. Please refer to the NDNY case number listed above on filings.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Zach Cortese
Case Processing Specialist

cc: Stuart P. Slotnick, Esq. (via CM/ECF)
NDNY File