
*Sent via CM/ECF*

January 23, 2024

Hon. Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**RE: Kristina Sarhadi vs. Justin Cathal Geever a/k/a Justin Sane, et al. (1:24-CV-0031)
Plaintiff's Intent to Proceed under Legal Name**

Your Honor:

We hereby notify the Court that Plaintiff Sarhadi does not wish to proceed under a pseudonym.

We therefore will not be redacting her legal name pursuant to NYND Local Rules 5.2, Personal Privacy Protection, and General Order 22, Section 11.2.

Sincerely,

Dr. Jef McAllister
*Attorney for Plaintiff*

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)20 3048 5959 | DX 6411 MAIDENHEAD

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
          **Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)