# AFFIDAVIT OF SERVICE

| Case: 1:24-CV-31 (GLS/CFH) | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: NORTHERN DISTRICT, NY | Job: 10299094 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Kristina Sarhadi | | **Defendant / Respondent:** Justin Cathal Geever a/k/a Justin Sane, Hardwork Distribution, Inc., and Doe 1, | |
| **Received by:** One Source Process, LLC | | **For:** McAllister Olivarius | |
| **To be served upon:** Justin Cathal Geever a/k/a Justin Sane | | | |

I, Don Anderson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Justin Cathal Geever a/k/a Justin Sane, 8036 Thompson Run Road, Pittsburgh, PA 15237
**Manner of Service:** Posted, Jan 30, 2024, 1:25 pm EST
**Documents:** SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; CIVIL CASE ASSIGNMENT & FILING ORDER; CIVIL CASE MANAGEMENT PLAN; CONSENT TO THE EXERCISE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED; APPEARANCE OF COUNSEL (Received Jan 24, 2024 at 10:48am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 27, 2024, 6:07 pm EST at 8036 Thompson Run Road, Pittsburgh, PA 15237
No answer no lights.

2) Unsuccessful Attempt: Jan 29, 2024, 8:12 am EST at 8036 Thompson Run Road, Pittsburgh, PA 15237
No answer, no answer at neighbor, no car.

3) Successful Attempt: Jan 30, 2024, 1:25 pm EST at 8036 Thompson Run Road, Pittsburgh, PA 15237
Attempt made. No answer. Amazon package on this attempt. I posted the documents to the front door. Deponent also enclosed a copy of same, in a postpaid sealed wrapper bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, properly addressed to said defendant at defendant's last known address: 8036 Thompson Run Road, Pittsburgh, PA 15237 and depositing said wrapper in a United States Post Office or an official depository under the exclusive care and custody of the United States Post Office within the State of Pennsylvania.

Don Anderson   Date: 02-01-24
One Source Process, LLC
800 668 5548

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public   Date: 02-01-2024

Commission Expires
Commonwealth of Pennsylvania - Notary Seal
John M. O'Shea, Notary Public
Allegheny County
My Commission Expires September 26, 2024
Commission Number 1265266