UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINA SARHADI,<br><br>            Plaintiff,<br><br><br>    v.<br><br><br><br>JUSTIN CATHAL GEEVER a/k/a<br>JUSTIN SANE, HARDWORK<br>DISTRIBUTION, INC., and DOE 1,<br><br>            Defendants. | Civil Action No.: 1:24-CV-00031-BKS-CFH<br><br><br>**AFFIDAVIT OF SERVICE BY MAIL** |

STATE OF NEW YORK       )
                                          )ss.:
COUNTY OF NEW YORK   )


        Anthony Munoz, being duly sworn, deposes and says: that deponent is not a party to the

within action, is over 18 years of age and is employed at RICOH-USA, INC., 640 Fifth Avenue,

9th Floor, New York, New York 10019-6102.

        That on February 26, 2024, I served via United States First Class Mail, true and correct

copies of the Defendant Hardwork Distribution, Inc's **Notice of Removal** (dated January 9,

2024)(Doc. No. 1), Defendant Hardwork Distribution, Inc's **Rule 7.1 Corporate Disclosure**

**Statement** (Doc. No. 3) and **Civil Cover Sheet** (Doc. No. 1-2), in the above-captioned action,

along with a copy of the **United States District Court for the Northern District of New York**

**General Order #25 Civil Case Assignment & Filing Order** (Doc. No. 4), upon the Plaintiff

1

KRISTINA SARHADI, via her attorneys, and upon Co-Defendant JUSTIN CATHAL GEEVER

a/k/a JUSTIN SANE, at the following addresses:

> Dr. John F. O McAllister
> McALLISTER OLIVARIUS
> 641 Lexington Avenue, 13th Floor
> New York, NY 10022
> *Attorneys for Plaintiff*

> Justin Cathal Geever
> 8036 Thompson Run Rd
> Pittsburgh, PA 15237
> *Defendant*

Anthony Muñoz

Sworn to before me this
26th day of February, 2024.

Notary Public

JONAH E. PERRY JR.
Notary Public, State of New York
No. 01PE5086103
Qualified in New York County
Commission Expires October 6, 20 25