# AFFIDAVIT OF SERVICE

| Case:<br>1:24-CV-00031<br>(GLS/CFH) | Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>NORTHERN DISTRICT OF NEW YORK | County: | Job:<br>10468724 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>KRISTINA SARHADI | | **Defendant / Respondent:**<br>JUSTIN CATHAL GEEVER A/K/A JUSTIN SANE, HARDWORK<br>DISTRIBUTION, INC ., AND DOE 1 | |
| **Received by:**<br>One Source Process, LLC | | **For:**<br>McAllister Olivarius | |
| **To be served upon:**<br>JUSTIN GEEVER | | | |

I, Doug Renzelman , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JUSTIN GEEVER, 8036 THOMPSON RUN ROAD , PITTSBURGH, PA 15237

**Manner of Service:** Posted, Feb 28, 2024, 4:00 pm EST

**Documents:** STIPULATED MOTION EXTENDING DEADLINES TO FILE THE FIRST AMENDED COMPLAINT AND DEFENDANT HARDWORK DISTRIBUTION, INC.'S RESPONSE (UNOPPOSED) (Received Feb 21, 2024 at 9:18am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Feb 24, 2024, 7:15 am EST at 8036 THOMPSON RUN ROAD , PITTSBURGH, PA 15237
No answer. Appears as though no one is home. No cars, no mail.or packages No lites. No noise.

2) Unsuccessful Attempt: Feb 26, 2024, 8:30 pm EST at 8036 THOMPSON RUN ROAD , PITTSBURGH, PA 15237
No answer. Appears as though no one is home. No cars, no mail.or packages No lites. No noise.

3) Successful Attempt: Feb 28, 2024, 4:00 pm EST at 8036 THOMPSON RUN ROAD , PITTSBURGH, PA 15237
No answer. Posted documents and mailed another copy of documents via first-class mail on February 28, 2024.

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____  3|1|24        _____ 03-01-2024
Doug Renzelman          Date           Notary Public            Date

One Source Process, LLC                               Commission Expires
800-668-5448

Commonwealth of Pennsylvania - Notary Seal
John M. O'Shea, Notary Public
Allegheny County
My Commission Expires September 26, 2024
Commission Number 1266266