# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KRISTINA SARHADI,**<br><br>Plaintiff,<br><br>- against -<br><br>**JUSTIN CATHAL GEEVER a/k/a JUSTIN SANE,** and **HARDWORK DISTRIBUTION**, **INC.,** and **DOE 1**,<br><br>Defendants | Civil Action No. 1:24-cv-00031 (GLS/CFH) |

## NOTICE OF VOLUNTARY DISMISSAL AS TO CLAIMS AGAINST DOE 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KRISTINA SARHADI hereby gives notice that the claims against Defendant DOE 1 are voluntarily dismissed. Defendant DOE 1 has not been identified, served with a complaint, and has not appeared in this action to serve an answer or motion for summary judgment. Accordingly, Plaintiff notices voluntary dismissal of this action as to claims against DOE 1.

Dated: March 14, 2024

Respectfully submitted,

*[signature]*

**MCALLISTER OLIVARIUS**
Dr John F.O. McAllister
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 433-3456
jmcallister@mcolaw.com

*Attorney for Plaintiff*
