UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KRISTINA SARHADI,** | Civil Action No. 1:24-cv-00031 (GLS/CFH) |
| Plaintiff, | |
| - against - | |
| **JUSTIN CATHAL GEEVER a/k/a JUSTIN SANE**, and **HARDWORK DISTRIBUTION**, **INC.,** and **DOE 1**, | |
| Defendants | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed Plaintiff's Amended Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Hardwork Distribution, Inc. In addition, I hereby certify that on March 15, 2024, a true and correct copy of Plaintiff's Amended Complaint and Notice of Voluntary Dismissal as to Claims against Doe 1 was served upon Justin Cathal Geever a/k/a Justin Sane by posting the same on the door of his property at 8036 Thompson Run Road, Pittsburgh, PA 15237.  This was followed up by mail delivery to the same address on March 19, 2024.

Dated: March 19, 2024

Respectfully submitted,

**MCALLISTER OLIVARIUS**
Dr John F.O. McAllister
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 433-3456

**-1-**

jmcallister@mcolaw.com

*Attorney for Plaintiff*

**-2-**