UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KRISTINA SARHADI**,<br><br>                    Plaintiff,<br><br>- against -<br><br>**JUSTIN CATHAL GEEVER** a/k/a **JUSTIN SANE, HARDWORK DISTRIBUTION, INC.**, and **DOE 1**,<br><br>                    Defendants. | Civil Action No. 1:24-cv-00031 (GLS/CFH)<br><br>**NOTICE OF HARDWORK DISTRIBUTION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** |

**PLEASE TAKE NOTICE** that upon the Defendant Hardwork Distribution, Inc.'s Memorandum of Law in Support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and upon all prior proceedings, Defendant Hardwork Distribution, Inc. will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, Albany, New York, for judgment pursuant to Federal Rule of Civil Procedure 12(b)(6), as is more fully set forth in Defendant Hardwork Inc.'s Memorandum of Law, Defendant is seeking the dismissal of all of Plaintiff's claims against Hardwork, Inc. in their entirety.

Dated: April 22, 2024
New York, New York

BUCHANAN INGERSOLL & ROONEY PC

By:   /s/ Stuart P. Slotnick
      Stuart P. Slotnick, Esq.
      640 Fifth Avenue, 9th Floor
      New York, New York 10019
      T: (212) 440-4400
      F: (212) 440-4401
      E: stuart.slotnick@bipc.com

To:  All Attorneys of Record (via CM/ECF)