UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINA SARHADI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUSTIN CATHAL GEEVER a/k/a JUSTIN SANE, HARDWORK DISTRIBUTION, INC., and DOE 1,<br><br>　　　　Defendants. | Civil Action No.: 1:24-CV-00031-BKS-CFH<br><br>**AFFIDAVIT OF SERVICE BY MAIL** |

STATE OF NEW YORK　）
　　　　　　　　　　　）ss.:
COUNTY OF NEW YORK　）

Anthony Munoz, being duly sworn, deposes and says: that deponent is not a party to the within action, is over 18 years of age and is employed at RICOH-USA, INC., 640 Fifth Avenue, 9th Floor, New York, New York 10019-6102.

That on April 22, 2024, I served via United States First Class Mail, true and correct copies of the **Defendant Hardwork Distribution, Inc's Notice of Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim**, dated April 22, 2024, and **Defendant Hardwork Distribution, Inc's Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6)**, dated April 22, 2024, in the above-captioned action, upon Co-Defendant JUSTIN CATHAL GEEVER a/k/a JUSTIN SANE, at the following address:

　　Justin Cathal Geever
　　8036 Thompson Run Rd
　　Pittsburgh, PA 15237
　　*Defendant*

1

_____
Anthony Muñoz

Sworn to before me this
22nd day of April, 2024.

_____
Notary Public

JONAH E. PERRY JR.
Notary Public, State of New York
No. 01PE5086103
Qualified in New York County
Commission Expires October 6, 2025

2