# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Kristina Sarhadi

vs.                                             CASE NUMBER: **1:24-cv-31 (BKS/CFH)**

Justin Cathal Geever, a/k/a Justin Sane, Hardwork Distribution, Inc., and Doe 1,

    I, JOHN M. DOMURAD, CLERK, by Matthew Gerace, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 23rd day of April, 2024 against Justin Cathal Geever.

Dated:     April 23, 2024

*[signature]*
Clerk of Court

By: s/ Matthew Gerace

Deputy Clerk