UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KRISTINA SARHADI,**<br><br>　　　　　　Plaintiff,<br><br>- against -<br><br>**JUSTIN CATHAL GEEVER a/k/a JUSTIN SANE**, and **HARDWORK DISTRIBUTION**, **INC.**, and **DOE 1**<br><br>　　　　　　Defendants | Civil Action No. 1:24-cv-00031(BKS/CFH)<br><br>**[PROPOSED] DEFAULT JUDGMENT ORDER** |

　　　Plaintiff Kristina Sarhadi ("Plaintiff") filed this lawsuit against Defendant Justin Cathal Geever a/k/a Justin Sane ("Geever") alleging claims of assault, battery, and intentional infliction of emotional distress under New York law. Plaintiff's claims were revived pursuant to the New York Adult Survivor's Act, CPLR § 214-j. Plaintiff alleges that Geever raped her on October 1, 2010.

　　　Plaintiff filed this action on November 22, 2023 in the Supreme Court of the State of New York, County of Ulster. Dkt. No. 2. It was removed to this Court by Defendant Hardwork Distribution, Inc. on January 9, 2024. Dkt. No. 1. Plaintiff attempted to serve Geever the Complaint on two separate occasions before service was effectuated on January 30, 2024 pursuant to Fed. R. Civ. P. 5. Dkt. No. 17. Geever failed to answer or otherwise respond to Plaintiff's Complaint within the time prescribed by Fed. R. Civ. P. 12(a). Geever was subsequently served with Hardwork's Notice of Removal, Hardwork's Corporate Disclosure, and the Civil Cover Sheet via United States First Class Mail on February 26, 2024. Dkt. No. 21.

　　　On March 14, 2024 Plaintiff served filed her Amended Complaint. Dkt. No. 25. Plaintiff served her Amended Complaint to Geever by sending it via certified mail to his residential address. Dkt. No. 26. Geever failed to answer or otherwise respond to Plaintiff's

Amended Complaint within the time prescribed by Fed. R. Civ. P. 12(a). Furthermore, Plaintiff's lawsuit against Geever was the subject of many articles published by reputable news sources.[1]

On April 23, 2024, the Clerk of the Court issued a Certificate of Default on April 23, 2024. Dkt. No. 29. Plaintiff subsequently moved for default judgment on January 31, 2025.

Upon consideration of Plaintiff's evidentiary submissions and based on the well-pleaded allegations in the Amended Complaint, Plaintiff's motion for default judgment will be granted substantially for the reasons set forth in Plaintiff's memorandum of law.

Therefore, it is ORDERED that:

1. Plaintiff's motion for default judgment is GRANTED;

2. Plaintiff shall recover from Geever:

3. the Court does hereby enter a default judgment against Defendant Justin Cathal Geever

   a. $1,250,000.00 in past and future compensatory damages;

   b. $520,900.00 for future medical and therapeutic care;

   c. $1,250,000.00 in punitive damages; and

   d. Post judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated:

                                                          Hon. Brenda K. Sannes
                                                          Chief Judge
                                                          United States District Court for the
                                                          Northern District of New York

---

[1] Cheyenne Roundtree, Anti-Flag's Justin Sane Sued for Sexual Assault, ROLLING STONE, Nov. 22, 2023, https://www.rollingstone.com/music/music-news/anti-flag-justin-sane-sued-sexual-assault-1234879770/; Jazz Monroe, Anti-Flag's Justin Sane Sued for Raping Fan in 2010, PITCHFORK, Nov. 23, 2023, https://pitchfork.com/news/anti-flags-justin-sane-sued-for-raping-fan-in-2010/; August Billy, Justin Sane, Formerly of Anti-Flag, Sued for Rape, YAHOO ENTERTAINMENT, Nov. 26, 2023, https://shorturl.at/vaKQ4.