

*Sent via CM/ECF*

August 11, 2025

The Honorable Brenda K. Sannes
Chief United States District Judge
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

## Sarhadi v. Geever, Civil Action No. 24-cv-00031

Dear Judge Sannes,

I write at the suggestion of Chambers. We have served the July 22, 2025, Memorandum-Decision and Order (docket number 46) on Defendant via mail pursuant to FRCP 5(b)(2)(C) and filed a certificate of service as directed to.

Out of an abundance of caution we would also like to utilize FRCP 5(b)(2)(D), "leaving it with the court clerk if the person has no known address," to serve the defendant. I contacted the Clerk's Office regarding instructions on how to do this, and was referred to Chambers. Chambers suggested we file the instant letter application. I was delayed in filing this letter due to a family emergency, my mother fell and broke her hip on Thursday, August 8, 2025.

We request an Order extending time to serve pursuant FRCP 5(b)(2)(D) until August 18, 2025. Further directing the Clerk's Office to receive and hold an envelope, marked "Private & Confidential" addressed to Justin Cathal Geever also known as Justin Sane, until such time as he or someone on his behalf retrieve the same from the Clerk's Office.

Thank you for Your consideration.

Respectfully submitted,

**/s/ Scott M. Duquin**

Scott Michael Duquin
*Counsel for Plaintiff*

cc: Justin Cathal Geever via US Mail.

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)20 3048 5959 | DX 6411 MAIDENHEAD

Partners: **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)