Index No. _____

# TRANSCRIPT OF JUDGMENT

CIVIL PROCEEDINGS

**JUDGMENT DEBTOR(S)**
1. Justin Cathal Geever, 8036 Thompson Road, Pittsburgh, PA 15237

**JUDGMENT CREDITOR(S)**
1. Kristina Sarhadi, 189 Hurley Avenue, #7, Kingston, NY 12401

**ATTORNEY(S) FOR DEBTOR(S)**
1. None

**ATTORNEY(S) FOR CREDITOR(S)**
1. John F. O. McAllister, McAllister Olivarius, 6441 Lexington Avenue, 13th Fl, New York, NY 10022
2. Scott M. Duquin, same as above

Judgment Rendered: July 22, 2025
Judgment Docketed: July 22, 2025

## U.S. DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK
## CASE NUMBER: 1:24-cv-31

AMOUNT OF JUDGMENT:
   Damages:         $ 1,920,800.00
   Costs:           $
   Attorney Fees:   $
   **TOTAL**        **$ 1,920,800.00**

Remarks:    No Satisfaction of Judgment has been filed as of August 29, 2025

I, JOHN M. DOMURAD, Clerk of the District Court of the Northern District of New York, hereby certify that the above is a correct transcript from the Docket of Judgments in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at the City of Albany, New York, this day, August 29, 2025.

BY: Teri Lambert, Case Processing Clerk

*John Domurad*
Clerk of Court